Sehu–Kessa Saa TABANSI
a/k/a Alfonso Percy
Pew, Appellant

v.

Jeffrey A. BEARD, Franklin D. Tennis,
Lynn Eaton, Robert Vance, Steven
Davy, Dorina Varner, SCI–Rockview
Publications Review Committee Members, Department of Corrections Publications Appeals and Grievance Final
Appeals Members (Official and Individual Capacities), Appellees.

Supreme Court of Pennsylvania.

Oct. 17, 2012.

### ORDER

PER CURIAM.

AND NOW, this 17th day of October,
2012, the Order of the Commonwealth
Court is AFFIRMED.